UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    STEPHEN P ZUZEVICH  
    JENNIFER ZUZEVICH  
    Debtor(s)

Case No. 04-41072

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/05/2004.

2) The plan was confirmed on 01/20/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/06/2009.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,405.00.

10) Amount of unsecured claims discharged without payment: $23,966.25.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $133,207.41 |
| Less amount refunded to debtor | $4,957.41 |

**NET RECEIPTS:** $128,250.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,793.05 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,493.05

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI/VERIZON | Unsecured | 665.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN PEDIATRICS | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| BARRY RABIN MEDICAL ASSOC | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ELGIN | Unsecured | 120.00 | 252.03 | 252.03 | 193.50 | 0.00 |
| COMCAST DIGITAL PHONE SVC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 600.00 | 658.08 | 658.08 | 505.25 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 900.00 | 815.42 | 815.42 | 626.06 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,500.00 | 4,463.14 | 4,463.14 | 3,426.66 | 0.00 |
| ELGIN CLINIC | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| ELGIN MIDWEST EMERGENCY | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| ELGIN MIDWEST EMERGENCY | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY WOMENS HEALTHCAR | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| GERALD GRAY DDS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| HOLLYWOOD CASINO | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LENDERS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TEACHERS CU | Unsecured | 8,700.00 | 8,772.35 | 8,772.35 | 6,735.15 | 0.00 |
| KANE COUNTY TEACHERS CU | Unsecured | 23,691.00 | 20,850.00 | 20,850.00 | 16,008.00 | 0.00 |
| KANE COUNTY TEACHERS CU | Unsecured | NA | 870.97 | 870.97 | 668.70 | 0.00 |
| KANE COUNTY TEACHERS CU | Secured | 5,475.00 | 5,475.00 | 5,475.00 | 5,475.00 | 259.90 |
| NATIONAL CITY MORTGAGE | Secured | 4,134.00 | 4,134.00 | 4,134.00 | 4,134.00 | 0.00 |
| NATIONAL CITY MORTGAGE | Secured | NA | 75,790.00 | 75,790.00 | 75,790.00 | 0.00 |
| NICOR GAS | Unsecured | 400.00 | 276.62 | 276.62 | 212.38 | 0.00 |
| NICOR GAS | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST DIAGNOSTIC SERVICES | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| PADDOCK PUBLICATIONS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ANES ASSOC LTD | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PEDIATRIC DENTISTRY LTD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| QUADRI FAMILY PRACTICE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 3,300.00 | 3,186.78 | 3,186.78 | 2,446.71 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 300.00 | 342.52 | 342.52 | 262.98 | 0.00 |
| SBC BANKRUPTCY DESK | Unsecured | 125.00 | 284.66 | 284.66 | 218.56 | 0.00 |
| SHERMAN EMERGENCY PHYSICIANS | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN EMERGENCY PHYSICIANS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 655.00 | 669.79 | 669.79 | 514.24 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC | Unsecured | NA | 1,931.45 | 1,931.45 | 1,482.90 | 0.00 |
| STERLING INC | Secured | 500.00 | 500.00 | 500.00 | 500.00 | 17.49 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 150.00 | 150.00 | 150.00 | 115.17 | 0.00 |
| TRG | Unsecured | 215.00 | 214.00 | 214.00 | 164.30 | 0.00 |
| TRUGREEN CHEM LAWN | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $75,790.00 | $75,790.00 | $0.00 |
| Mortgage Arrearage | $4,134.00 | $4,134.00 | $0.00 |
| Debt Secured by Vehicle | $5,475.00 | $5,475.00 | $259.90 |
| All Other Secured | $500.00 | $500.00 | $17.49 |
| **TOTAL SECURED:** | **$85,899.00** | **$85,899.00** | **$277.39** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$43,737.81** | **$33,580.56** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,493.05 |
| Disbursements to Creditors | $119,756.95 |
| **TOTAL DISBURSEMENTS** : | **$128,250.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2010                             By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**